**Donald D. duBoulay**
*Attorney at Law*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 3 2006 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2006 ★
BROOKLYN OFFICE

401 Broadway
25th Floor
New York, New York 10013
Telephone (212) 966-3970

April 3, 2006
Clerk of the Court
For the United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Delia Nelson
    94 Cr. 993 (RR)

Dear Sir or Madam:

    I represented Delia Nelson, a defendant in the above referenced matter in a case emanating in this District. On March 21, 1995 the case was dismissed on motion by the Government. The Order of dismissal was signed by the Honorable Reena Raggi (see enclosure).

    I write to request that any reference to her arrest in this matter be removed from the appropriate database. The arrest (sometimes appearing as an open case) has appeared on her record when she applies for a job and has the potential to cause more problems for her if she seeks other employment. Removal of any reference to this matter in the criminal record database would in my opinion serve the ends of justice, and would remove a major hindrance to Ms. Nelson.

    I have enclosed for your perusal the Order of dismissal in this case.

    If you have any questions, please call me at (212) 966-3970.

Very truly yours,
Donald D. duBoulay

cc: Delia Nelson

*Handwritten note:* This request should be made to the U.S. Attorney, since it is presumably the Executive branch's data bases that are at issue. If Ms. Nelson cannot secure satisfaction, an action would have to be pending before the Court for it to order a party to take action. If court databases are at issue, counsel should provide particul...

No action

s/Reena Raggi
USDJ 4/20/06

GSM:JW
F.# 9403417
n:\dismsind.nel

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DELIA NELSON,

              Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

94 CR 993(S-1) (RR)

This matter having come before the Court pursuant to an application by the United States, represented by JO-ANNE WEISSBART, an Assistant United States Attorney of the Eastern District of New York, which application requests leave to dismiss [*or with prejudice*] the indictment against the defendant Delia Nelson and good cause having been shown therefor,

IT IS HEREBY ORDERED that this indictment be and the same hereby is dismissed against the defendant Delia Nelson.

Dated: Brooklyn, New York
       March 21, 1995

                                         Reena Raggi
                                         UNITED STATES DISTRICT JUDGE
                                         EASTERN DISTRICT OF NEW YORK